IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     1:19-cv-02856-RBJ

**UNITED STATES OF AMERICA,**
**ex rel. WILLIAM CUSICK,**
Plaintiff,

v.

**JOHN DAVID KUTZKO,**
**LINDA WINGATE KUTZKO,**
**TOBY DAVID LIROT,**
**CASEY DEE LIROT,**
**PAGOSA P& C, INC., a Colorado corporation,**
**TODD HENRY ANTROBUS,**
**WANDA LUCILLE ANTROBUS,**
**BRIAN KEITH HICKS,**
**PAGOSA SPRINGS PHARMACY LLC, a Colorado limited liability company,**
**NHS PHARMA SALES, INC., a California corporation,**
**NHS PHARMA, INC., a California corporation,**
**CHARLES RONALD GREEN, JR.,**
**MELINDA ELIZABETH GREEN,**
**DAVID PALMER TENNEY, and**
**DONALD E. JONES, Jr.**
Defendants.

---

### FED.R.CIV.P. RULE 55(b)(2) MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PAGOSA P&C, INC.

---

The Relator, William Cusick, by and through his counsel, acting as a Relator on behalf of the Government of the United States of America, moves this Court pursuant to Fed.R.Civ.P. 55(b)(2) for entry of default judgment against the Defendant Pagosa P&C, Inc. ("Pagosa P&C"), and as grounds therefore states:

1.     Pagosa P&C was properly served with the Summons and Amended Complaint in this action on December 8, 2021. ECF 74.

2. Pagosa P&C did not file a timely pleading that was responsive to the Amended Complaint.

3. On March 22, 2022, the Clerk entered default against Pagosa P&C. ECF 77.

4. Although more than a year has now passed since default was entered against Pagosa P&C, Pagosa P&C has never filed a pleading that is responsive to the Amended Complaint or that otherwise denies the allegations of the Amended Complaint.

5. Discovery is now concluded, and we are now less than five months before trial.

6. Pursuant to Fed.R.Civ.P. 8(b)(6), Pagosa P&C's failure to file a pleading that denies the allegations of the Amended Complaint means that all of the allegations of the Amended Complaint are deemed admitted as to Pagosa P&C. *United States v. Tomlinson*, 2011 WL 2312168, No. 2:11CV98 DAK (June 10, 2011 D. Utah.).

7. Pursuant to the Declaration of William Cusick, attached as Exhibit 1, judgment should be entered against Pagosa P&C in the amount of $240,000 on behalf of the United States.

8. In addition, pursuant to 31 U.S.C. § 3729(a)(1), the amount of judgment entered on behalf of the United States should be trebled and civil penalties should be assessed. The Relator requests that the Court treble the amount of judgment and establish appropriate post-judgment proceedings to establish the amount of civil penalties.

9. Furthermore, as this is a non-intervened action brought under the federal False Claims Act, 31 U.S.C. § 3729, *et seq.*, the Relator is entitled to an award of attorneys' fees and costs, and a share of the amount of the award in the range of 25% to 30% of the proceeds. 31 U.S.C. § 3730(d). The Relator requests that the Court determine the Relator is entitled to his reasonable attorneys' fees, expenses and costs, and to a share of the proceeds ranging between

25% and 30% of the judgment. Relator will then follow post judgment proceedings to determine these amounts.

WHEREFORE, the Relator William Cusick respectfully requests that default judgment be entered against the Defendant Pagosa P&C, Inc. in the amount of $240,000, that this amount of judgment be trebled, that the Court establish appropriate post-judgment proceedings to determine the amount of civil penalties to be assessed, that the judgment include a determination that Relator is entitled to his reasonable attorneys' fees, expenses and costs and to a share of the proceeds ranging between 25% and 30%, and requests such further relief as this Court may deem appropriate.

Respectfully submitted this Friday, June 30, 2023.

ENOCKSON LAW LLC

By: s/ Paul S. Enockson
Paul S. Enockson
Enockson Law LLC
4350 Wadsworth Blvd., Suite 300
Wheat Ridge, CO 80033-2810
(303) 999-0134
Email: paul@enocksonlaw.com

Michael S. Porter, Esq.
The Law Firm of Michael S. Porter LLC
4350 Wadsworth Blvd., Suite 300
Wheat Ridge, CO 80033
Telephone: (303) 940-8370
Fax: (720) 512-4918
E-mail: porterlaw@comcast.net

**ATTORNEYS FOR THE RELATOR WILLIAM CUSICK**

# **CERTIFICATE OF SERVICE**

I certify that on Friday, June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

porterlaw@comcast.net

Jasand.Mock@usdoj.gov

Paul@lerouxlegal.com, shannon@lerouxlegal.com

jbarton@bf-law.com, ccarpenter@bf-law.com, creynoso@bf-law.com, swarwick@bf-law.com

djaney@thejaneylawfirm.com, salami@robertcgottlieblaw.com, srich@robertcgottlieblaw.com

mark@thomashlg.com

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

n/a

By: s/ Paul S. Enockson