# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.        1:19-cv-02856-RBJ

**UNITED STATES OF AMERICA,**
**ex rel. WILLIAM CUSICK,**
Plaintiff,

v.

**JOHN DAVID KUTZKO,**
**LINDA WINGATE KUTZKO,**
**TOBY DAVID LIROT,**
**CASEY DEE LIROT,**
**PAGOSA P& C, INC., a Colorado corporation,**
**TODD HENRY ANTROBUS,**
**WANDA LUCILLE ANTROBUS,**
**BRIAN KEITH HICKS,**
**PAGOSA SPRINGS PHARMACY LLC, a Colorado limited liability company,**
**NHS PHARMA SALES, INC., a California corporation,**
**NHS PHARMA, INC., a California corporation,**
**CHARLES RONALD GREEN, JR.,**
**MELINDA ELIZABETH GREEN,**
**DAVID PALMER TENNEY, and**
**DONALD E. JONES, Jr.**
Defendants.

## JOINT STATUS REPORT

The Relator, William Cusick, by and through his counsel, pursuant to the Court's December 18, 2023 Minute Order [ECF No. 109], along with counsel for Defendants John and Linda Kutzko (the "Kutzko Defendants"), counsel for Defendants Casey and Toby Lirot (the "Lirot Defendants"), counsel for Defendants Todd Henry Antrobus and Wanda Lucille Antrobus (the "Antrobus Defendants"), and counsel for Defendants NHS Pharma Sales, Inc., NHS Pharma, Inc., Charles Green, Jr. and Melinda Green (collectively, the "NHS Pharma Defendants"), submit the following joint status report:

1

1. On January 12, 2024, the parties filed their Joint Status Report.

2. In their second status report, the parties advise the Court that the Green defendants are scheduled to be sentenced on March 1, 2024. The Greens' counsel, Derrelle Janey, has advised the parties that he does not anticipate that the March 1 date will be moved.

Respectfully submitted this Friday, February 23, 2024.

| | |
|---|---|
| By: /s/ Paul S. Enockson<br>Paul S. Enockson<br>Enockson Law LLC<br>4350 Wadsworth Blvd., Suite 300<br>Wheat Ridge, CO 80033-2810<br>(303) 999-0134<br>paul@enocksonlaw.com<br><br>Michael S. Porter<br>The Law Firm of Michael S. Porter<br>4350 Wadsworth Blvd., Suite 300<br>Wheat Ridge, CO 80033-2810<br>(303) 940-8370<br>porterlaw@comcast.net<br><br>**Attorneys for Plaintiff-Relator William Cusick** | By: /s/ L. Paul LeRoux, II<br>L. Paul LeRoux, II<br>LeRoux Law LLC<br>361 S Camino Del Rio #328<br>Durango, Colorado 81301<br>Tel: 303-839-9100<br>Cell: 303-641-0109<br>Fax: 866-839-9193<br>paul@lerouxlegal.com<br><br>**Attorney for Defendants Casey and Toby Lirot** |
| By: /s/ Jared W. Barton<br>Bradley W. Howard (CO Bar No. 52311)<br>Brown & Fortunato, P.C.<br>bhoward@bf-law.com<br>Jared W. Barton<br>Brown & Fortunato, P.C.<br>jbarton@bf-law.com<br>905 S. Fillmore, Suite 400<br>Amarillo, TX 79101<br>(806) 345-6300<br><br>**Attorneys for Defendants John and Linda Kutzko** | By: /s/ Derrelle M. Janey<br>Derrelle M. Janey<br>The Janey Law Firm P.C.<br>111 Broadway, Suite 701<br>New York, New York 10006<br>T: (212) 566-7766<br>djaney@thelaneylawfirm.com<br><br>**Attorney for Defendants NHS Pharma Sales, Inc., NHS Pharma, Inc., Charles Ronald Green, Jr., and Melinda Elizabeth Green** |

By:   /s/ Mark S. Thomas
Mark S. Thomas, Esq.
Thomas Health Law Group, P.A.
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL  32608
(352) 379-9990
mark@thomashlg.com

**Attorneys for Defendants Todd and Wanda Antrobus**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF user will be served by the CM/ECF system.

      /s/ Paul S. Enockson
      Paul S. Enockson