IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-02856-RBJ | Date: April 5, 2024 |
|---|---|
| Courtroom Deputy: Meghan Smotts | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| WILLIAM CUSICK<br>United States of America, ex. rel.<br><br>**Plaintiff**<br><br>v.<br><br>JOHN KUTZKO et al<br><br>**Defendant** | *Paul Enockson*<br>*Michael Porter*<br><br><br><br><br>*Jared Barton*<br>*L. Paul LeRoux, II*<br>*Derrelle Janey*<br>*Mark S. Thomas* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 9:59 a.m.

Appearance of counsel. All parties appear via videoconference. Jasand Mock with the U.S. Attorney's Office was also present.

Discussion held on [112] Joint Status Report filed and pending matters.

**ORDERED: STATUS CONFERENCE is set for May 28, 2024, at 1:30 p.m. before the Honorable Judge R. Brooke Jackson via VTC. Court staff will send connection information to parties via email prior to the Status Conference.**

Court in Recess: 10:40 a.m.     Hearing concluded.     Total time in Court: 00:41