UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. *ex rel*. CUSICK,

    **Plaintiff**

v.                                               CASE NO. 1:19-CV-02856-RBJ

**JOHN DAVID KUTZKO,** *et al.*,

    **Defendants.**

## MOTION FOR WITHDRAWAL OF DEFENDANTS' COUNSEL

Undersigned counsel for Defendants PAGOSA P & C INC.; PAGOSA SPRINGS PHARMACY LLC; TODD ANTROBUS; and WANDA ANTROBUS, hereby moves the Court to withdraw from representation of all such Defendants in the above-cited case pursuant to D.C.COLO.LAttyR. 5(b). The grounds for this motion are irreconcilable differences among undersigned counsel and the named Defendants. The undersigned has provided written notice to Defendants as to said withdrawal pursuant to the requirements of D.C.COLO.LAttyR. 5(b).

1

RESPECTFULLY FILED this 10th day of April, 2024.


_/s/Mark S. Thomas_____
Mark S. Thomas, Esq.
Florida Bar No. 0001716
THOMAS HEALTH LAW GROUP, P.A.
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
(352) 372-9990 (office)
(855) 629-7101 (fax)
mark@thomashlg.com
Counsel for Defendants Pagosa P & C Inc., Pagosa Springs Pharmacy LLC, Todd Antrobus, and Wanda Antrobus


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been furnished via electronic mail to Relator's counsel of record this April 10, 2024.


_/s/Mark S. Thomas_____
Mark S. Thomas